IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARNOLD SEGAL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 10-716 |
| KATHLEEN SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, | : | |
| Defendant | : | |

ORDER

AND NOW, this 11th day of July, 2011, upon consideration of Plaintiff's Motion for Summary Judgment, Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED; and

2. Plaintiff's Motion for Summary Judgment is DENIED.

3. Defendant's Response is CONSTRUED as a cross-motion for summary judgment.

4. Defendant's Cross-Motion for Summary Judgment is GRANTED.

5. Judgment is ENTERED in favor of Defendant Kathleen Sebelius, Secretary of the United States Department of Health and Human Services and against Plaintiff Arnold Segal.

FILED
JUL 11 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BY THE COURT:

*Petrese B Tucker*
Petrese Tucker, J.

7-11-11
emailed:
V. Parker
M. Hutchinson
G. Segal